

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00220-CR

April Mae **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CR002784
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against Appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 6, 2025.

_____
H. Todd McCray, Justice